UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-80892-CIV-RYSKAMP/VITUNAC

MONICA A. HARMON,

    Plaintiff,

v.

AMERICAN COLLECTIONS
ENTERPRISE, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to Plaintiff's Rule 41 Notice of Voluntary Dismissal With Prejudice, filed August 20, 2010 **[DE 5]**. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 31st day of August, 2010.

                                            S/Kenneth L. Ryskamp
                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE